

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | March 22, 2023 |
| Case Number: | 3:20−cr−00392−AN |
| Case Title: | U.S.A. v. Dakota Kurtis Means |

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Michael W. Mosman to the Honorable Adrienne Nelson, United States District Judge. Information on this case may be obtained from the following:

    Courtroom Deputy:    Jody Harper
                                  503−326−8355
                                  Email: jody_harper@ord.uscourts.gov

    Docket Information:    Telephone: 503−326−8050

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)** **Change to the Case Number:** Effective immediately, Judge Nelson's initials (AN) will replace the previous judge's initials in this case.

                                                **MELISSA AUBIN**
                                                **Clerk of Court**

cc:    Judge Nelson
        Counsel of Record